

# Court of Appeals
## Sixth Appellate District of Texas

JUDGMENT

Norman O'Neal Copeland, Appellant

No. 06-17-00193-CR     v.

The State of Texas, Appellee

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. CR16-289). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect that Copeland pled not guilty to the offense. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Norman O'Neal Copeland, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 17, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk